**IN THE UNITES STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JACOB COOPER**                                                             **PLAINTIFF**

**VS.**                                                             **CAUSE NO.:3:14-cv-091-M-A**

**LYNN BROWN and
CITY OF HORN LAKE, MISSISSIPPI**                               **DEFENDANTS**

**NOTICE OF SERVICE OF DISCOVERY**

Notice is hereby given, pursuant to Uniform Local Rule 26.1(a)(2) that Brandon Flechas this date served in the above styled and numbered action:

      Plaintiff's Expert Designation

The undersigned retains the originals of the above papers as custodian thereof pursuant to Uniform Local Rule 26.1(a)(2).

This the 8th day of May, 2015.

                                                     /s/ Brandon Flechas
                                                     Brandon Flechas (MS Bar No. 102283)
                                                     Philip A. Stroud (MS Bar No. 99401)
                                                     THE STROUD LAW FIRM, P.C.
                                                     5779 Getwell Road, Suite C-1
                                                     Southaven, MS 38672
                                                     Telephone: (662) 536-5656
                                                     Facsimile: (662) 536-5657
                                                     brandon@stroudlawyers.com
                                                     philip@stroudlawyers.com

                                                     Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I do hereby certify that I have on this 8th day of May, 2015, served the preceding upon the following attorneys for Defendants via e-mail transmission to:

Franklin Williams
Law Offices of Scott C. Campbell
6360 I-55 North, Suite 210
Jackson, MS 39211
fwillia3@travelers.com

Attorneys for Defendants

            /s/ Brandon Flechas
            Brandon Flechas