IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JACOB COOPER**                                                        **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO: 3:14-cv-091-MPM-RDP**

**LYNN BROWN and**
**CITY OF HORN LAKE, MISSISSIPPI**                              **DEFENDANTS**

### ORDER OF DISMISSAL WITH PREJUDICE

On joint motion of the parties to this cause, it having been fully and finally compromised and settled,

**IT IS, THEREFORE, ORDERED,** that this cause is hereby dismissed with prejudice, with each party to bear its own costs.

**SO ORDERED,** this the 24th day of February, 2017.

                                                     **/s/ MICHAEL P. MILLS**
                                                     **UNITED STATES DISTRICT JUDGE**
                                                     **NORTHERN DISTRICT OF MISSISSIPPI**